UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERMANIA HERNANDEZ,

    Plaintiff,

v.                                                  Case No: 8:22-cv-1632-JSM-TGW

MAXIMO ANDUJAR and ANDUJAR
MUSIC GROUP, LLC,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. 45). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 45) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Amended Motion Requesting Default Judgment (Dkt. 21) is GRANTED.

3. The Clerk is directed to enter a Default Judgment in favor of Plaintiff, Germana Hernandez, and against Defendants, Maximo Andujar and Andujar Music Group, LLC, in the amount of $647,606.41.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of March, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

2