UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERMANIA HERNANDEZ,

    Plaintiff,

v.                                                Case No: 8:22-cv-1632-JSM-TGW

MAXIMO ANDUJAR and ANDUJAR
MUSIC GROUP, LLC,

    Defendants.

_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. 54). The Court notes that neither party[1] filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 54) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

---

[1] Defendants did not appear in the case. Clerk's Defaults (Dkts. 10, 11) and Default Judgment (Dkt. 47) were entered against the Defendants.

2. Plaintiff's Supplemental Motion for Attorneys' Fees and Expenses (Dkt. 52) is GRANTED.

3. Plaintiff is awarded $51,116.00 in reasonable attorneys' fees and an award of court costs totaling $497.00.

4. The Clerk is directed to enter judgment in favor of Plaintiff in the total amount of $51,613.00, that is $51,116.00 in attorneys' fees and $497.00 in court costs.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of January, 2025.

_JAMES S. MOODY, JR._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record